IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KRISTINA ANN CAREFELLE, ) | C.A. NO. 2:05CV1225-PMD-RSC |
| ) | |
| ) | State Court Case No. 05-CP-10-1348 |
| PLAINTIFF, ) | |
| ) | DEFENDANT'S ANSWERS TO LOCAL |
| vs. ) | CIVIL RULE 26.01 |
| ) | INTERROGATORIES |
| COLLEGE OF CHARLESTON, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

The Defendant, College of Charleston, answering the Interrogatories pursuant to Local Civil Rule 26.01 of the Federal Rules of Civil Procedure, state as follows:

### INTERROGATORY NO. (A)

State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** Not applicable.

### INTERROGATORY NO. (B)

As to each claim, state whether it should be tried by jury or non-jury and why.

**ANSWER:** All claims should be tried by jury.

### INTERROGATORY NO. (C)

State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** The Defendant is not a publicly-owned company.

### INTERROGATORY NO. (D)

State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** This lawsuit was originally filed in the Court of Common Pleas, Charleston County. The lawsuit involves acts allegedly occurring in Charleston, South Carolina.

### INTERROGATORY NO. (E)

Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** This action is not related in whole or in part to any other matter filed in this District.

### INTERROGATORY NO. (F)

If the defendant is improperly identified, give the proper identification and state whether counsel will accept service on an Amended Summons and pleading reflecting the correct identification.

**ANSWER:** The Defendant is properly identified.

## INTERROGATORY NO. (G)

If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**   Not applicable.

YOUNG CLEMENT RIVERS, LLP

By: *Wilbur E. Johnson*
Wilbur E. Johnson, Federal I.D. No. 2212
P.O. Box 993, Charleston, SC 29402-0993
28 Broad Street, Charleston, SC 29401
(843) 724-6659 – Telephone
(843) 579-1332 - Fax
E-mail: wjohnson@ycrlaw.com
Attorneys for the Defendant

Charleston, South Carolina
Dated: *April 27 2005*

3